## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WES NEWMAN, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:22-cv-04845 |
| v. ) ) | Judge Elaine Bucklo |
| BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., TOGETHERHEALTH INSURANCE, LLC, DAYLIGHT BETA PARENT CORPORATION, and MADISON DEARBORN PARTNERS, LLC, ) ) ) ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Thursday, January 12, 2023 at 9:45 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243, at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Defendants' Unopposed Motion for Extension of Briefing Schedule, a copy of which is served upon you. Please be advised that that an appearance on the date of presentment is not required.

| | |
|---|---|
| Dated: January 6, 2023 | **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF** LLP<br><br>By: */s/ Mark S. Eisen*<br><br>David S. Almeida, Esq.<br>dalmeida@beneschlaw.com<br>Paul A. Del Aguila, Esq.<br>pdelaguila@beneschlaw.com<br>Mark S. Eisen, Esq.<br>meisen@beneschlaw.com<br>Jamie N. Ward, Esq.<br>jward@beneschlaw.com<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192<br><br>*Counsel for Defendants* |