IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WES NEWMAN, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:22-cv-04845 |
| v. ) ) ) | Judge Elaine Bucklo<br>Magistrate Judge Maria Valdez |
| BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., TOGETHERHEALTH INSURANCE, LLC, DAYLIGHT BETA PARENT CORPORATION, and MADISON DEARBORN PARTNERS, LLC, ) ) ) ) ) ) ) ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR RECONSIDERATION
OR, IN THE ALTERNATIVE, TO MODIFY**

Defendants Benefytt Technologies, Inc., Togetherhealth Insurance, LLC, Daylight Beta Parent Corporation and Madison Dearborn Partners, LLC, by and through undersigned counsel, hereby move for reconsideration or modification of this Court's January 20, 2023 Order. (Dkt. 46 [the "Order"].) The grounds for this Motion are set forth in Defendants' Memorandum of Law in Support of its Motion for Reconsideration or, in the Alternative, to Modify (the "Memorandum"), filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons and those set forth in the Memorandum, Defendants respectfully request the Court (i) reconsider or modify in part its January 20, 2023, Order to allow a third party administrator to directly send Plaintiff's document preservation notices to the third parties Defendants have identified as having potentially relevant data, and (ii) award all other relief it deems equitable and just.

| | |
|---|---|
| Dated: February 15, 2023 | Respectfully submitted,<br><br>**BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP**<br><br>By: */s/ Mark S. Eisen*<br><br>Mark S. Eisen, Esq.<br>meisen@beneschlaw.com<br>Paul A. Del Aguila, Esq.<br>pdelaguila@beneschlaw.com<br>Jamie N. Ward, Esq.<br>jward@beneschlaw.com<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

                                                 s/ Mark S. Eisen