# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WES NEWMAN, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:22-cv-04845 |
| v. ) ) | Judge Elaine Bucklo |
| ) | Magistrate Judge Maria Valdez |
| BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., TOGETHERHEALTH INSURANCE, LLC, DAYLIGHT BETA PARENT CORPORATION, and MADISON DEARBORN PARTNERS, LLC, ) ) ) ) ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Wednesday, February 22, 2023 at 9:45 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243, at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Defendants' Motion for Reconsideration or, in the Alternative, to Modify, a copy of which is served upon you. Please be advised that that an appearance on the date of presentment is not required.

Dated: February 15, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER,
　　　　　　　　　　　　　　　　　　　　COPLAN & ARONOFF LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Mark S. Eisen*

　　　　　　　　　　　　　　　　　　　　Mark S. Eisen, Esq.
　　　　　　　　　　　　　　　　　　　　meisen@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　Paul A. Del Aguila, Esq.
　　　　　　　　　　　　　　　　　　　　pdelaguila@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　Jamie N. Ward, Esq.
　　　　　　　　　　　　　　　　　　　　jward@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER,
　　　　　　　　　　　　　　　　　　　　COPLAN & ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 212-4949
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 767-9192

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*