IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WES NEWMAN, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:22-cv-04845 |
| v. ) ) ) | Judge Elaine Bucklo<br>Magistrate Judge Maria Valdez |
| BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., TOGETHERHEALTH INSURANCE, LLC, DAYLIGHT BETA PARENT CORPORATION, and MADISON DEARBORN PARTNERS, LLC, ) ) ) ) ) ) ) | |
| Defendant. ) | |

**MOTION TO STAY CASE AS TO MADISON DEARBORN PARTNERS**

Defendant Madison Dearborn Partners, LLC ("MDP"), by and through undersigned counsel, hereby moves to stay this action as to MDP pending the conclusion of lead petition *In re Benefytt Technologies, Inc.*, Case No. 23-90566 (Bank. S.D. Tex.) (the "Benefytt Petition"); *see also* Case No. 23-bk-90578 (Bankr. S.D. Tex.) (the TogetherHealth petition); Case No. 23-bk-90571 (Bankr. S.D. Tex.) (the Daylight Beta petition). The grounds for this Motion are set forth in MDP's Memorandum of Law in Support of its Motion to Stay Case as to Madison Dearborn Partners, filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons and those set forth in the Memorandum, MDP respectfully requests the Court (i) stay this action as against MDP pending the conclusion of the Benefytt Petition; and (ii) award all other relief it deems equitable and just.

Dated: June 2, 2023	Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: _/s/ Mark S. Eisen_

Mark S. Eisen, Esq.
meisen@beneschlaw.com
Paul A. Del Aguila, Esq.
pdelaguila@beneschlaw.com
Jamie N. Ward, Esq.
jward@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

_Counsel for Madison Dearborn Partners_