# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WES NEWMAN, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:22-cv-04845 |
| v. ) ) | Judge Elaine Bucklo |
| ) | Hon. Magistrate Judge Maria Valdez |
| BENEFYTT TECHNOLOGIES, INC. f/k/a ) HEALTH INSURANCE INNOVATIONS, ) INC., TOGETHERHEALTH INSURANCE, ) LLC, DAYLIGHT BETA PARENT ) CORPORATION, and MADISON ) DEARBORN PARTNERS, LLC, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Friday, September 22, 2023 at 9:45 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243, at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Madison Dearborn Partners, LLC's Motion for Judgment on the Pleadings, a copy of which is served upon you. Please be advised that that an appearance on the date of presentment is not required.

| | |
|---|---|
| Dated: September 19, 2023 | Respectfully submitted,<br><br>**BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP**<br><br>By:  /s/ Mark S. Eisen<br><br>Mark S. Eisen<br>meisen@beneschlaw.com<br>Paul A. Del Aguila<br>pdelaguila@beneschlaw.com<br>Jamie N. Ward<br>jward@beneschlaw.com<br>**BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP**<br>71 S. Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone:  (312) 212-4949<br>Facsimile:  (312) 767-9192<br><br>*Counsel for Madison Dearborn Partners, LLC* |